# United States Court of Appeals for the Federal Circuit

_____

**NEW IMAGE GLOBAL, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

_____

2019-2444

_____

Appeal from the United States Court of International Trade in No. 1:15-cv-00175-JAR, Senior Judge Jane A. Restani.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered May 6, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 28, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court