## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **NEW IMAGE GLOBAL, INC.,**<br><br>                    Plaintiff,<br>          v.<br><br>**UNITED STATES,**<br><br>                    Defendant, | Before: Jane A. Restani, Judge<br><br>Consol. Court No. 15-00175 |

### ORDER

      The Government's motion to correct a prior statement is of no moment to the test case. The original complaint stated that the samples were not from the entries before the court. Compl. at ¶29, ECF No. 6 (July 1, 2015).  The Government's motion for summary judgment stated that the samples tested were not materially different from the entered goods at issue before the court.  Def. Mem. in Supp. of their Mot. for Summ. J. at 22—23, ECF No. 91 (Dec. 7, 2018). Plaintiff did not respond.  The court held that any argument based on the testing sample selection was waived.  New Image Glob., Inc. v. United States, 33 CIT __, __, 399 F.Supp.3d 1257, 1262 (2019).  Accordingly, the court's schedule with respect to the suspended cases stands.

      So **ORDERED**.

                                                                                       _/s/ Jane A. Restani _____<br>
                                                                                            Jane A. Restani, Judge

Dated: April 24, 2023<br>
New York, New York